C. Megan Fischer (SBN 019828)
**KLEIN THOMAS & LEE**
340 East Palm Lane, Suite A310
Phoenix, AZ 85004
Tel:  (602) 935-8300
megan.fischer@kleinthomaslaw.com

Will S. Skinner (*Pro Hac Vice To Be Filed*)
Erik D. Slechta (*Pro Hac Vice To Be Filed*)
**SKINNER LAW GROUP**
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
Tel: (818) 710-7700
skinner@skinnerlawgroup.com
slechta@skinnerlawgroup.com

Attorneys for Defendant
Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenny Angela Brandemuehl, a widow, on behalf of all surviving statutory beneficiaries of Mark Wesley Brandemuehl, deceased, including: Jenny Angela Brandemuehl, surviving wife; Wesley Agustus Brandemuehl, surviving adult son; Adrian David Brandemuehl, surviving adult son; Jenny Angela Brandemuehl, Special Administrator for and on behalf of the Estate of Mark Wesley Brandemuehl; and Endurance American Insurance Company, a Delaware corporation, | Case No. _____ |
| | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332(a) (DIVERSITY OF CITIZENSHIP)** |
| Plaintiffs, | Removed from the Superior Court of the State of Arizona in and For the County of Maricopa Case No. CV2021-009395 |
| v. | |
| Mooney International Corporation, a Delaware corporation; Continental Aerospace Technologies, Inc., a Delaware corporation; Continental Motors, Inc., a Delaware corporation; C & M Aviation, LLC., an Idaho limited liability company d/b/a Delta Aviation, Inc.; Morningstar Aviation, Inc., a Colorado corporation d/b/a Delta Aviation, Inc.; Does I through X; ABC Partnerships I through X, and; Black Corporations I through X, | |
| Defendants. | |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc. ("Continental") by and through its attorneys of record, hereby respectfully removes this civil action from the Superior Court of the State of Arizona for the County of Maricopa, to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441 and 1446, and LRCiv 3.6 based on diversity jurisdiction under 28 U.S.C. § 1332(a).

Plaintiffs Jenny Angela Brandemuehl, a widow, on behalf of all surviving statutory beneficiaries of Mark Wesley Brandemuehl, deceased, including: Jenny Angela Brandemuehl, surviving wife; Wesley Agustus Brandemuehl, surviving adult son; Adrian David Brandemuehl, surviving adult son; Jenny Angela Brandemuehl, Special Administrator for and on behalf of the Estate of Mark Wesley Brandemuehl; and Endurance American Insurance Company, a Delaware corporation, commenced this action by filing a Complaint in the Maricopa County Superior Court on June 10, 2021 styled *Jenny Angela Brandemuehl, et al. v. Mooney International Corporation, et al.*, Case No. CV2021-009395 ("State Court Action").

In accordance with 28 U.S.C § 1446(a) and LRCiv 3.6(b), a copy of the following pleadings and other documents are attached.

1) Supplemental Civil Cover Sheet
2) The most recent docket in the State Court Action
3) The operative Complaint
4) Documents filed by Plaintiffs in the State Court Action evidencing service
5) Answers to the Complaint
6) Plaintiff Endurance American Insurance Company's ("Endurance") Voluntary Dismissal of C&M Aviation, LLC ("C&M")
7) Order dismissing all Plaintiffs' claims against Morningstar Aviation, Inc.
8) Endurance's Stipulation For Dismissal With Prejudice As To Defendants Continental and Mooney International Corporation ("Mooney")
9) Order of Dismissal of All Remaining Claims by Endurance

10) Remainder of the record in the State Court Action

11) Verification in Support of Notice of Removal

### BASIS FOR REMOVAL – DIVERISTY JURISDICTION

1. Pursuant to 28 U.S.C. § 1332(a), a district court has diversity jurisdiction where the amount in controversy exceeds $75,000, and the parties are citizens of different States.

2. Under 28 U.S.C. § 1441(a), any civil action brought in a state court of which the district courts of the United States have jurisdiction based on diversity of citizenship may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

3. Plaintiffs filed their Complaint on June 10, 2021. *See* Complaint. In it they allege causes of action for strict products liability, negligence, and breach of express and implied warranty arising out of the death of Mark Wesley Brandemuehl caused by an aircraft accident that occurred on or about June 11, 2019. *See* Complaint. Plaintiffs' prayer for relief seeks, *inter alia*, reimbursement for hospitalization expenses in the amount of $14,597,504.65. *See* Complaint, para. 95. As such, given the nature of the alleged claims and damages being sought, it is facially apparent from the Complaint that the amount in controversy exceeds $75,000.

4. On or about September 22, 2021, Plaintiff Endurance voluntarily dismissed C&M. *See* Endurance's Dismissal of C&M.

5. On or about May 19, 2022, all Plaintiffs voluntarily dismissed Defendant Morningstar Aviation, Inc. *See* Morningstar's Dismissal.

6. On June 6, 2022, Plaintiff Endurance, a Delaware corporation, filed a stipulation of dismissal, dismissing all claims against all remaining defendants (i.e., Continental and Mooney) in the State Court Action. *See* Endurance's Dismissal.

7. On June 7, 2022, the State Court entered Endurance's Dismissal order. *See* Endurance's Dismissal Order.

8. As of June 7, 2022, Plaintiff Endurance is no longer a party to this litigation.

9. The remaining Plaintiffs are all California citizens and residents. *See* Complaint, para. 2. Continental is a Delaware corporation with its principal place of business in Mobile, Alabama. *See*

3

1   Continental's Answer to Complaint, para. 8.

2      10. On information and belief, Defendant Mooney is a Delaware corporation with its principal

3   place of business in Kerrville, Texas. *See* Mooney's Answer to Complaint, para. 7.

4      11. On information and belief, Defendant C & M is an Idaho limited liability company. *See* C

5   & M's Answer to Complaint, para. 9.

6      12. Dismissal by Endurance of all remaining defendants (i.e., Continental and Mooney),

7   therefore, rendered the remaining parties diverse.

8      13. Counsel for Continental conferred with counsel for Defendant Mooney and Defendant C &

9   M (the only remaining defendants) regarding this removal and both defendants consent to the

10   removal of this action to federal court.

11      14. Given the above, this matter may be removed from the state court because the amount in

12   controversy exceeds $75,000 and the remaining parties are diverse.

13   **TIMELINESS OF REMOVAL**

14      15. Under 28 U.S.C. § 1446(c)(1), a case may not be removed under subsection (b)(3) on the

15   basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action,

16   unless the district court finds that the plaintiff has acted in bad faith in order to prevent a defendant

17   from removing the action.

18      16. As stated previously, the Complaint was filed by Plaintiffs on June 10, 2021. *See* Complaint.

19      17. Subsection (b)(3) of 28 U.S.C. § 1446 provides "Except as provided in subsection (c), if the

20   case stated by the initial pleading is not removable, a notice of removal may be filed within thirty

21   days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading,

22   motion, order or other paper from which it may first be ascertained that the case is one which is or

23   has become removable."

24      18. As stated previously, on or about September 22, 2021, Plaintiff Endurance voluntarily

25   dismissed C&M. *See* Endurance's Dismissal of C&M.

26      19. On or about May 19, 2022, all Plaintiffs voluntarily dismissed Defendant Morningstar

27   Aviation, Inc. *See* Morningstar's Dismissal.

28      20. On or about June 6, 2022, Plaintiff Endurance, a Delaware corporation, dismissed all claims

against all Defendants in the State Court Action.  *See* Endurance's Dismissal.

21. On June 7, 2022, the State Court entered Endurance's Dismissal order. *See* Endurance's Dismissal Order.

22. The June 7, 2022, order of dismissal by Endurance therefore, rendered the remaining parties diverse. Prior to Endurance's dismissal, the case was not removable.

23. Given the above, the removal is timely as the action is within the 1-year window contemplated by 28 U.S.C. § 1446(c)(1), as well as the 30-day window set forth in 28 U.S.C. § 1446(b)(3).

### VENUE

24. Venue is proper in this district because the State Court Action was filed and is pending in the Superior Court of the State of Arizona for the County of Maricopa, which is located within the United States District Court for the District of Arizona.

### COMPLIANCE WITH REMOVAL PROCEDURES

25. Continental has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446 and LRCiv 3.6.

26. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiffs' counsel.

27. Pursuant to § 1446(d), a copy of this Notice of Removal, exculding exhibits, will be filed in the State Court Action.

28. Copies of all relevant pleadings and declarations referenced herein as well as those materials required by LRCiv 3.6(b) are being filed in conjunction herewith.

WHEREFORE, for the foregoing reasons, Continental removes this action from the Superior Court of the State of Arizona for the County of Maricopa, in Case No. CV2021-009395, to the United States District Court for the District of Arizona, and respectfully requests that the Court exercise jurisdiction over this action.

Dated this 7th day of June, 2022.

KLEIN THOMAS & LEE

By: */s/ C. Megan Fischer*
C. Megan Fischer

1

And

2

Will S. Skinner
Erik D. Slechta

3

SKINNER LAW GROUP

4

Attorneys for Defendant

5

Continental   Aerospace   Technologies,   Inc.   f/k/a
Continental Motors, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on the 7th day of June, 2022, I caused the attached Notice of Removal

3    to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and

4    service to the following CM/ECF registrants:

5    John B. Brewer                              Attorneys for Plaintiffs
     Dane L. Wood
6    Brewerwood, PLLC
     2398 East Camelback Road, Suite 540
7    Phoenix, AZ  85016
     john@brewerwood.com
8    dane@brewerwood.com

9    Ryan J. McCarthy                            Attorneys for Plaintiff Endurance
     Kenneth L. Moskow                           American Insurance Company
10   Jones, Skelton & Hochuli, PLC
     40 North Central Avenue, Suite 2700
11   Phoenix, AZ  85004
     rmccarthy@jshfirm.com
12   kmoskow@jshfirm.com

13   Shalem Massey                               Attorneys for Defendant Mooney
     Jennifer Steeve                             International Corporation
14   Riley Safer Holmes & Cancila LLP
     100 Spectrum Center Drive, Suite 400
15   Irvine, CA 92618
     smassey@rshc-law.com
16   jsteeve@rshc-law.com

17   Lori A. Zirkle                              Attorneys for Defendant Mooney
     Bowman and Brooke LLP                       International Corporation
18   2901 North Central Avenue, Suite 1600
     Phoenix, AZ  85012
19   lori.zirkle@bowmanandbrooke.com
     mme@bowmanandbrooke.com
20
     Mark Worischeck                             Attorneys for Defendant C&M Aviation, LLC
21   Dillon Steadman
     Sanders & Parks, P.C.
22   3030 North Third Street, Suite 1300
     Phoenix, AZ 85012
23   mark.worischeck@sandersparks.com
     dillon.steadman@sandersparks.com
24

25                                              /s/ Nicole Dehart
                                                Nicole Dehart
26                                              Klein Thomas & Lee

27

28