| | |
|---|---|
| Name | C. Megan Fischer |
| Bar # | 019828 |
| Firm | Klein Thomas & Lee |
| Address | 340 East Palm Lane |
| | Suite A310 |
| | Phoenix, AZ 85004 |
| Telephone | 602-935-8300 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Jenny Angela Brandemuehl, et al.

    Plaintiff,

vs.

Mooney International Corporation, et al.

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

Removed from the Superior Court of the State of Arizona In and For the County of Maricopa Case No. CV2021-009395

This Corporate Disclosure Statement is filed on behalf of Continental Aerospace Technologies, Inc. in compliance with the provisions of: *(check one)*

    [✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

See attachment._____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 7th day of June, 2022.

/s/ C. Megan Fischer
_____
Counsel of Record

- 2 -

**ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT**

**The filing party hereby declares as follows:**

Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc. ("Continental") makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LRCiv 7.1.1:

1) Defendant Continental is a wholly owned subsidiary of Continental Aerospace Technologies Limited, a Hong Kong corporation.

2) AVIC International Holding (HK) Limited, a Bermuda corporation that is publicly traded on the Hong Kong Stock Exchange, is the parent company of both Continental Aerospace Technologies Limited and Continental.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2022, I caused the attached Corporate Disclosure Statement to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service to the following CM/ECF registrants:

| | |
|---|---|
| John B. Brewer<br>Dane L. Wood<br>Brewerwood, PLLC<br>2398 East Camelback Road, Suite 540<br>Phoenix, AZ 85016<br>john@brewerwood.com<br>dane@brewerwood.com | Attorneys for Plaintiffs |
| Ryan J. McCarthy<br>Kenneth L. Moskow<br>Jones, Skelton & Hochuli, PLC<br>40 North Central Avenue, Suite 2700<br>Phoenix, AZ 85004<br>rmccarthy@jshfirm.com<br>kmoskow@jshfirm.com | Attorneys for Plaintiff Endurance American Insurance Company |
| Shalem Massey<br>Jennifer Steeve<br>Riley Safer Holmes & Cancila LLP<br>100 Spectrum Center Drive, Suite 400<br>Irvine, CA 92618<br>smassey@rshc-law.com<br>jsteeve@rshc-law.com | Attorneys for Defendant Mooney International Corporation |
| Lori A. Zirkle<br>Bowman and Brooke LLP<br>2901 North Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>lori.zirkle@bowmanandbrooke.com<br>mme@bowmanandbrooke.com | Attorneys for Defendant Mooney International Corporation |
| Mark Worischeck<br>Dillon Steadman<br>Sanders & Parks, P.C.<br>3030 North Third Street, Suite 1300<br>Phoenix, AZ 85012<br>mark.worischeck@sandersparks.com<br>dillon.steadman@sandersparks.com | Attorneys for Defendant C&M Aviation, LLC |

*/s/ Nicole Dehart*
Nicole Dehart
Klein Thomas & Lee