| | |
|---|---|
| 1 | C. Megan Fischer (SBN 019828) |
| 2 | **KLEIN THOMAS & LEE** |
|   | 340 East Palm Lane, Suite A310 |
| 3 | Phoenix, AZ 85004 |
|   | Tel:  (602) 935-8300 |
| 4 | megan.fischer@kleinthomaslaw.com |
| 5 | Will S. Skinner (*Pro Hac Vice*) |
| 6 | Erik D. Slechta (*Pro Hac Vice*) |
|   | **SKINNER LAW GROUP** |
| 7 | 21600 Oxnard Street, Suite 1760 |
|   | Woodland Hills, CA 91367 |
| 8 | Tel: (818) 710-7700 |
| 9 | skinner@skinnerlawgroup.com |
|   | slechta@skinnerlawgroup.com |
| 10 | Attorneys for Defendant |
|    | Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc. |
| 11 | |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 14 | Jenny Angela Brandemuehl, a widow, on behalf of all surviving statutory beneficiaries of Mark Wesley Brandemuehl, deceased, including: Jenny Angela Brandemuehl, surviving wife; Wesley Agustus Brandemuehl, surviving adult son; Adrian David Brandemuehl, surviving adult son; Jenny Angela Brandemuehl, Special Administrator for and on behalf of the Estate of Mark Wesley Brandemuehl; and Endurance American Insurance Company, a Delaware corporation, | Case No. 2:22-cv-00992-SPL |
| | | **AGREEMENT TO REMAND** |
| | | Removed from the Superior Court of the State of Arizona in and For the County of Maricopa Case No. CV2021-009395 |
| | Plaintiffs, | |
| | v. | |
| | Mooney International Corporation, a Delaware corporation; Continental Aerospace Technologies, Inc., a Delaware corporation; Continental Motors, Inc., a Delaware corporation; C & M Aviation, LLC., an Idaho limited liability company d/b/a Delta Aviation, Inc.; Morningstar Aviation, Inc., a Colorado corporation d/b/a Delta Aviation, Inc.; Does I through X; ABC Partnerships I through X, and; Black Corporations I through X, | |
| | Defendants. | |

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc. ("Continental") by and through its attorneys of record, has hereby reached an agreement with Plaintiffs' counsel to have this matter remanded to the Superior Court of the State of Arizona for the County of Maricopa. At the time of filing its removal, Continental was not aware that a member of C&M Aviation, LLC had moved from a state outside the forum to the forum state after the complaint was filed but before the removal was filed. Pursuant to 28 U.S.C. § 1441(b)(2) an action that is "otherwise removable solely on the basis of section 1332(a) of this title [diversity of citizenship] may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which the action in brought."

For the foregoing reason, Continental requests that this action be remanded to the Superior Court of the State of Arizona for the County of Maricopa.

Dated this 1st day of July, 2022.

KLEIN THOMAS & LEE

By: */s/ C. Megan Fischer*
C. Megan Fischer

And

Will S. Skinner
Erik D. Slechta
SKINNER LAW GROUP

Attorneys for Defendant
Continental Aerospace Technologies, Inc. f/k/a Continental Motors, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2022, I caused the attached **Agreement to Remand** to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and service to the following CM/ECF registrants:

| | |
|---|---|
| John B. Brewer<br>Dane L. Wood<br>Brewerwood, PLLC<br>2398 East Camelback Road, Suite 540<br>Phoenix, AZ  85016<br>john@brewerwood.com<br>dane@brewerwood.com | Attorneys for Plaintiffs |
| Ryan J. McCarthy<br>Kenneth L. Moskow<br>Jones, Skelton & Hochuli, PLC<br>40 North Central Avenue, Suite 2700<br>Phoenix, AZ  85004<br>rmccarthy@jshfirm.com<br>kmoskow@jshfirm.com | Attorneys for Plaintiff Endurance American Insurance Company |
| Shalem Massey<br>Jennifer Steeve<br>Riley Safer Holmes & Cancila LLP<br>100 Spectrum Center Drive, Suite 400<br>Irvine, CA 92618<br>smassey@rshc-law.com<br>jsteeve@rshc-law.com | Attorneys for Defendant Mooney International Corporation |
| Lori A. Zirkle<br>Bowman and Brooke LLP<br>2901 North Central Avenue, Suite 1600<br>Phoenix, AZ  85012<br>lori.zirkle@bowmanandbrooke.com<br>mme@bowmanandbrooke.com | Attorneys for Defendant Mooney International Corporation |
| Mark Worischeck<br>Dillon Steadman<br>Sanders & Parks, P.C.<br>3030 North Third Street, Suite 1300<br>Phoenix, AZ 85012<br>mark.worischeck@sanderparks.com<br>dillon.steadman@sanderparks.com | Attorneys for Defendant C&M Aviation, LLC |

*/s/ Nicole Dehart*
Nicole Dehart
Klein Thomas & Lee